IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILO, LLC : 
: CIVIL ACTION
v. :
: NO. 16-5759
VIRGIL PROCACCINO, ET AL. :

**ORDER**

**AND NOW**, this 22nd day of March, 2018, upon consideration of Defendants' Motion to Dismiss (ECF No. 18), and all documents submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED.**

**IT IS SO ORDERED.**

                                           **BY THE COURT:**

                                           **R. BARCLAY SURRICK, J.**