IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MILO, LLC : | |
|     *Plaintiff*, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-5759 |
| VIRGIL PROCACCINO, ET AL. : | |
| : | |
|     *Defendants.* : | |

| | |
|---|---|
| VIRGIL PROCACCINO, ET AL. : | |
| : | |
|     *Third-Party Plaintiffs*, : | |
| : | |
| v. : | |
| : | |
| AB CONSTRUCTION, LLC, ET AL. : | |
| : | |
|     *Third-Party Defendants.* : | |

## **ORDER**

**AND NOW**, this 13th day of April, 2020, upon consideration of Jeld-Wen, Inc. and Tague Lumber's Motion to Dismiss the Joinder Complaint Pursuant to Rule 12(b)(6) (ECF No. 30), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

                                                                                **BY THE COURT:**

                                                                                ***/s/ R. Barclay Surrick***