IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MILO, LLC : | |
|     *Plaintiff*, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-5759 |
| VIRGIL PROCACCINO, ET AL. : | |
| : | |
|     *Defendants*. : | |

| |
|---|
| VIRGIL PROCACCINO, ET AL. : |
| : |
|     *Third Party Plaintiffs*, : |
| : |
| v. : |
| : |
| AB CONSTRUCTION, LLC, ET AL. : |
| : |
|     *Third Party Defendants*. : |

## **ORDER**

**AND NOW**, this 13th day of April, 2020, upon consideration of Red Lion Insulation's Motion to Dismiss the Joinder Complaint (ECF No. 50), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

                                                    **BY THE COURT:**

                                                    ***/s/ R. Barclay Surrick***