# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILO, LLC

*Plaintiff,*

v.

VIRGIL PROCACCINO, ARTHUR ELWOOD
and 200 CHRISTIAN STREET PARTNERS, LLC

*Defendants.*

_____

VIRGIL PROCACCINO, ARTHUR ELWOOD
and 200 CHRISTIAN STREET PARTNERS, LLC

*Third-Party Plaintiffs,*

v.

AB CONSTRUCTION, LLC, DUGGAN
EXCAVATION, E&A DRYWALL CORP.,
HIGH END DESIGN INC., JELD-WEN, INC.,
MAXI-TECH, INC., RED LION INSULATION,
STANLEY STEPHENS CO., INC., and TAGUE
LUMBER

*Third-Party Defendants.*

_____

STANLEY STEPHENS CO., INC.

*Fourth-Party Plaintiff,*

v.

WICKHAM HARDWOOD FLOORING

*Fourth-Party Defendant.*

Civil Action No. 2:16-cv-05759-RBS

## <u>ORDER</u>

**AND NOW**, this <u>20th</u> day of <u>April</u>, 2026, upon consideration of Stanley Stephens Co., Inc.'s ("Stephens") Motion for Summary Judgment (ECF No. 215) and Wickham Hardwood Flooring's ("Wickham") Motion for Summary Judgment (ECF No. 240), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Stephens' Motion for Summary Judgment (ECF No. 215) is **GRANTED**.

2. Stephens' previous motion for summary judgment (ECF No. 204) is **DISMISSED** as moot.

3. Stephens' Fourth-Party Complaint against Wickham (ECF No. 96) is **DISMISSED** with prejudice.

4. Wickham's Motion for Summary Judgment (ECF No. 240) is **DISMISSED** as moot.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*

**R. BARCLAY SURRICK, J.**