**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MILO, LLC | : | |
| *Plaintiff,* | : | Civil Action No. 2:16-cv-05759-RBS |
| | : | |
| v. | : | |
| | : | |
| VIRGIL PROCACCINO, ARTHUR ELWOOD and 200 CHRISTIAN STREET PARTNERS, LLC | : | |
| | : | |
| *Defendants.* | : | |
| | : | |
| VIRGIL PROCACCINO, ARTHUR ELWOOD and 200 CHRISTIAN STREET PARTNERS, LLC | : | |
| | : | |
| *Third-Party Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| AB CONSTRUCTION, LLC, DUGGAN EXCAVATION, E&A DRYWALL CORP., HIGH END DESIGN INC., JELD-WEN, INC., MAXI-TECH, INC., RED LION INSULATION, and TAGUE LUMBER | : | |
| | : | |
| *Third-Party Defendants.* | : | |
| | : | |

## <u>ORDER</u>

**AND NOW**, this <u>17th</u> day of <u>July</u>, 2026, upon consideration of the Motions for Summary Judgment filed by E&A Drywall Corp. ("E&A"), Jeld-Wen, Inc. ("Jeld-Wen"), Tague Lumber ("Tague"), and Builder Services Group, Inc. d/b/a Red Lion Insulation ("Red Lion"), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. E&A's Motion for Summary Judgment (ECF No. 217) is **DENIED**.

2. Jeld-Wen and Tague's Joint Motion for Summary Judgment (ECF No. 213) is **GRANTED**.

3. Red Lion's Motion for Summary Judgment (ECF No. 214) is **DENIED**.

**IT IS SO ORDERED.**

        **BY THE COURT:**


        */s/ R. Barclay Surrick*

        **R. BARCLAY SURRICK, J.**